

# Fourth Court of Appeals
## San Antonio, Texas

November 24, 2020

No. 04-20-00550-CV

**CITY OF PREMONT, TEXAS,**
Appellant

v.

Jose Richard **GONZALEZ** and Elda E. Gonzalez,
Appellees

From the 79th Judicial District Court, Jim Wells County, Texas
Trial Court No. 20-09-60606-CV
Honorable Richard C. Terrell, Judge Presiding

# O R D E R

Appellant's motion for extension of time to file its brief is GRANTED. Appellant's brief is due on or before **January 7, 2021**.

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 24th day of November, 2020.

_____
MICHAEL A. CRUZ, Clerk of Court